STATE OF INDIANA *v.* BEAVERS.

[No. 28,393. Filed May 27, 1948.]

*Thos. H. Shrout,* Prosecuting Attorney, of Bedford, *Cleon H. Foust,* Attorney General, *Frank E. Coughlin,* First Deputy Attorney General, and *Harold V. Whitelock,* Deputy Attorney General, for the State.

*Mellen & Mellen,* of Bedford, for appellee.

GILKISON, J.—The issues in this case are identical with the issues in State of Indiana v. Bert Griffin, No. 28391, this day decided by this court. Upon the authority of that case the judgment of the Lawrence Circuit Court is reversed with instructions to overrule the motion to quash the affidavit, and further proceedings agreeable with that opinion.